JOSEPH D. KARASIK, Appellant, v. ARTHUR M. LAMPORT, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 14, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LAWRENCE J. HARTNAGEL, Respondent, v. METROPOLITAN SEWER PIPE COMPANY, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 14, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LABELLE BRASSIERE CORPORATION, Respondent, v. BELLEFORM BRASSIERE CORPORATION and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HECKSCHER BUILDING CORPORATION, Respondent, v. WALTER MELTON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ABRAHAM KOERNER, Appellant, v. ALFRED APPLE and Another, Respondents. — Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF CHARLES F. HOFFMAN, INC., Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF CHARLES F. HOFFMAN, INC., Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF CHARLES F. HOFFMAN, INC., Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF CHARLES F. HOFFMAN, INC., Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE COMMISSIONER OF PUBLIC CHARITIES, etc., on Complaint of REINE CHEMARDIN, Respondent, v. MAURICE MALCUIS, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JOSEPH B. HAKIM, Appellant, v. CARL L. VIETOR and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 9, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

BIRD S. COLER, Commissioner of Public Welfare, etc., on Complaint of ANNA

52